DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SWINDELL v. OVERTON

No. 323PA83.

Case below: 62 N.C. App. 160.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 6 December 1983.

VANLANDINGHAM v. NORTHEASTERN MOTORS, INC.

No. 481P83.

Case below: 63 N.C. App. 778.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.

WEBER v. BUNCOMBE CO. BD. OF EDUC.

No. 327P83.

Case below: 62 N.C. App. 552.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1983. Motion by defendants to dismiss appeal on the grounds that Notice of Appeal has no legal effect allowed 6 December 1983.